IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-74-D

MANIEKA SHA'VON STOKES,      )
                             )
         Plaintiff,          )
                             )
    v.                       )     **ORDER**
                             )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security, )
                             )
         Defendant.          )

On January 23, 2013, Magistrate Judge Gates issued a Memorandum and Recommendation ("M&R") [D.E. 29]. In the M&R, Judge Gates recommended that the court grant defendant's motion for judgment on the pleadings [D.E. 26], and affirm defendant's final decision. Plaintiff, appearing pro se, did not respond to the M&R. Neither party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R, the record, and the brief. The court is satisfied that there is no clear error on the face of the record. Defendant's motion for judgment on the pleadings [D.E. 26] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

SO ORDERED. This 14 day of February 2013.

                                                JAMES C. DEVER III
                                                Chief United States District Judge