# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| MANIEKA SHA'VON STOKES,<br>　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 5:11-CV-74-D**<br>)<br>) |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Judgment on the Pleadings [D.E. 26] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 14, 2013,** WITH A COPY TO:

Manieka Sha'Von Stokes, Pro se (via USPS to 576 Dorothea Drive, Raleigh, NC 27601)
Marc D. Epstein (via CM/ECF electronic notification)

| | |
|---|---|
| February 14, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina